No. 94–9394. CASH v. LOS ANGELES COUNTY DISTRICT ATTORNEY. C. A. 9th Cir. Certiorari denied.

No. 94–9396. LEWIS v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 94–9397. JONES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–9399. ANDERSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–9404. HAUGHTON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–9407. LYON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9408. KELUBAI v. WRIGHT, SUPERINTENDENT, MAXIMUM CONTROL COMPLEX. C. A. 7th Cir. Certiorari denied.

No. 94–9409. WILLIAMS v. UNITED STATES POSTAL SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9410. SPRUILL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–9413. BROCKLEBANK v. ENGLISH ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–9416. HELTON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 94–9417. GLANT v. GLANT. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 94–9421. ERICKSON v. REYNOLDS ET AL. C. A. 11th Cir. Certiorari denied.